IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN WESLEY COLWELL,<br><br>Defendant. | CR 23-76-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for Wednesday, March 13, 2024 at 9:30 a.m., is **VACATED** and **RESET** to commence on **Thursday, March 21, 2024 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

**IT IS FURTHER ORDERED** that all deadlines outlined in the Court's Order (Doc. 25) of November 17, 2023, shall remain in effect.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 22nd day of January, 2024.

SUSAN P. WATTERS
United States District Judge